DAVID K. DANSER
v.
MR WILLIAMS, STAFF
DR JOYCE CONNELY, WARDEN
BOTH OF FCI BECKLEY

MOTION-TIME EXTENTION REQUEST

FILED
MAR 25 2003
SAMUEL L. KAY, CLERK
U.S. District & Bankruptcy Court
Southern District of West Virginia

5:03-0259

I BELIEVE I AM NEAR MY DEADLINE TO FILE A SUIT UNDER <u>BIVENS v.</u> <u>SIX UNKNOWN AGENTS</u> AND REQUEST AN EXTENTION BECAUSE OF THE FOLLOWING:

I WAS TRANSFERED TO U.S.P. BEAUMONT IN SEPTEMBER, 2002. I WAS DENIED ACCESS TO MY PROPERTY UNTIL NOVEMBER 26th 2002. WHEN I DID RECIEVE MY PROPERTY, THE FILE PERTAINING TO THIS ISSUE WAS MISSING. I HAVE FILED A B.P. REMEDY REQUESTING THIS FILE BE RETURNED TO ME.

ON JANUARY 20th 2002, I SENT FCI BECKLEY A B.P. REMEDY REQUEST AS REQUIRED BY THE CIVIL SUIT RULES CONCERNING THE EXHAUSTION OF B.O.P. REMEDIES PRIOR TO FILING. I WAS ORIGINALLY DENIED THE B.P. REMEDY PROCESS BY MY UNIT COUNSELOR, MR. ROBERTS.

I HAVE BEEN DENIED ACCESS TO THE LAW LIBRARY FOR THE PAST 153 DAYS. THIS PROBLEM IS ON-GOING AND I HAVE FILED A B.P. REMEDY FOR THIS PROBLEM. THIS HAS HINDERED MY ABILITY FOR A TIMELY FILING, AS WELL.

THE B.P. REMEDY I SENT TO FCI BECKLEY SHOULD BE EXHAUSTED IN ABOUT 60-90 DAYS. AFTER IT'S COMPLETION, I WILL BE READY TO FILE MY SUIT IN YOUR COURT.

WHEN CONSIDERING THIS MOTION, PLEASE REALIZE THE INCREDIBLE MOUNTAIN I AM TRYING TO CLIMB.



RECEIVED
FEB 19 2003
SAMUEL L. KAY, CLERK
U.S. District & Bankruptcy Courts
Southern District of West Virginia

RESPECTFULLY,

DAVID K. DANSER 06956-...
BOX 26030
BEAUMONT, TX
77720-603.

(1)